**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 07-01444-CJC(RNBx)     Date: March 19, 2010

Title: PAUL MESSER ET AL. v. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Terri Steele | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

      The Court previously stayed this case pending Plaintiffs' exhaustion of administrative remedies because the claims in this case were inextricably linked to claims that were being raised in administrative review proceedings. The Court now LIFTS the stay in this case and issues this ORDER TO SHOW CAUSE why this case should not be dismissed for failure to exhaust administrative remedies. Any opposition to this order to show cause shall be filed on or before April 16, 2010. Any reply shall be filed on or before April 30, 2010. The matter will stand submitted upon receipt of all papers, and the Court will schedule a hearing if necessary.

imd

MINUTES FORM 11
CIVIL-GEN                                                                                              Initials of Deputy Clerk TS